Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    **ADC and T LLC**

**2. All other names debtor used in the last 8 years**    **dba BIG Game**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    **8 4 – 3 3 4 4 2 8 4**

**4. Debtor's address**

**Principal place of business**

**3303 Agate Trail**
Number    Street

**Forney, TX 75126**
City    State    ZIP Code

**Kaufman**
County

**Mailing address, if different from principal place of business**

Number    Street

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**12200 Tx 115**
Number    Street

**Wink, TX 79789**
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **ADC and T LLC** _____  Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____  When ___/___/_____  Case number _____<br>          District _____  When ___/___/_____  Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____  Relationship _____<br>      District _____  When ___/___/_____<br>      Case number, if known _____ |

Debtor  **ADC and T LLC**  
    Name

Case number *(if known)*

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49 ☐ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000
☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000 ☑ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

Debtor  **ADC and T LLC**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/09/2025**
　　　　　　　MM/ DD/ YYYY

X  **/s/ Aubrey Deckard**　　　　　　　　　　　　　**Aubrey Deckard**
Signature of authorized representative of debtor　　Printed name

Title  **Owner**

**18. Signature of attorney**

X  **/s/ Joyce Lindauer**　　　　　　Date  **07/09/2025**
Signature of attorney for debtor　　　　　　MM/ DD/ YYYY

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**117 S. Dallas St.**
Number　　Street

**Ennis**　　　　　　　　　**TX**　　**75119**
City　　　　　　　　　　State　　ZIP Code

**(972) 503-4033**　　　　　　**joyce@joycelindauer.com**
Contact phone　　　　　　　Email address

**21555700**　　　　　　　　**TX**
Bar number　　　　　　　　State

American Express
P.O. Box 30384
Salt Lake City, UT 84130


Apex Funding Silver
381 Sunrise Hwy Ste 302
Lynbrook, NY 11563


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Balboa Capital
PO Box 844803
Los Angeles, CA 90084-4803


Canon Financial Services, Inc.
158 Gaither Drive Ste 200
Mount Laurel, NJ 08054


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


CT Corporation System
SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203


Demetra L Herring

Emory Powers
1221 Mckinney St Ste 4400
Houston, TX 77010

Financial Partner Group
65 Mechanic St Ste 207
Red Bank, NJ 07701

First Citizens Bank & Trust Company
5950 Sherry Ln Ste 100
Dallas, TX 75225

First Citizens Bank & Trust Company
PO Box 26592 Ste 100
Raleigh, NC 27611

Hancock Whitney Bank
3200 Kirby Dr Ste 100
Houston, TX 77098

Hancock Whitney Bank
PO Box 61750
New Orleans, LA 70161

Horizon EF Solutions
PO Box 843840
Dallas, TX 75284

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Aaron Kalisz

KLC Financial LLC
4350 Baker Road Ste 100
Hopkins, MN 55343

Lease Finance Partners, Inc.
PO Box 20140
Wichita, KS 67208

Samson Funding
1545 Route 202 Ste 201
Pomona, NY 10970

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

TVT Capital
395 S Main St Ste 201
Alpine, UT 84004

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **ADC and T LLC**　　　　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**07/09/2025**　　Signature　　　　　**/s/ Aubrey Deckard**
　　　　　　　　　　　　　　　　　　　　　Aubrey Deckard , Owner