Fill in this information to identify the case:

Debtor name **ADC and T LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **25-32569-swe**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, TX 75242<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** 2022 Taxes<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $173,583.04 | $173,583.04 |
| 2.2 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, TX 75242<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** 2023 Taxes<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $598,376.08 | $598,376.08 |

Debtor **ADC and T LLC** Case number *(if known)* **25-32569-swe**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Area Trailer Sales & Rentals
8001 East I-20
Odessa, TX 79765

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ______

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **unknown**

**3.2 Nonpriority creditor's name and mailing address**
First Citizens Bank & Trust Company
5950 Sherry Ln Ste 100
Dallas, TX 75225

Date or dates debt was incurred 07/01/2024
Last 4 digits of account number 9 7 2 2

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$57,436.72**

**3.3 Nonpriority creditor's name and mailing address**
GCI
c.o Kendall Livingston
720 S. Texaco Rd.
Hobbs, NM 88240

Date or dates debt was incurred ______
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: ______

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **unknown**

**3.4 Nonpriority creditor's name and mailing address**
Hancock Whitney Bank
3200 Kirby Dr Ste 100
Houston, TX 77098

Date or dates debt was incurred 07/01/2024
Last 4 digits of account number 5 7 4 6

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Line of Credit

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$1,014,883.36**

Debtor **ADC and T LLC** Case number *(if known)* **25-32569-swe**
Name

**Part 2:** Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

**Hancock Whitney Bank**
**PO Box 61750**
**New Orleans, LA 70161**

**Date or dates debt was incurred** **05/01/2025**

**Last 4 digits of account number** **4 6 9 8**

**As of the petition filing date, the claim is:** **$98,730.39**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Purchase Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **ADC and T LLC**
Name

Case number *(if known)* **25-32569-swe**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$771,959.12** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,171,050.47** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,943,009.59** |

Fill in this information to identify the case:

Debtor name ADC and T LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 25-32569-swe

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☑ *Amended Schedule* E/F
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/05/2026
MM/ DD/ YYYY

✗ /s/ Aubrey Deckard
Signature of individual signing on behalf of debtor

Aubrey Deckard
Printed name

Owner
Position or relationship to debtor